| | | |
|---|---|---|
| **OMAR ZAMBRANO AND NEREIDA NUNEZ, INDIVIDUALLY, AND ON BEHALF OF, AND AS NATURAL TUTOR OF THE MINOR CHILD, NAHOMI ZAMBRANO** | * | **NO. 2019-CA-0769** |
| | * | **COURT OF APPEAL** |
| | * | **FOURTH CIRCUIT** |
| | * | **STATE OF LOUISIANA** |
| **VERSUS** | * | |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, G & T CRANE, INC., MIGUEL RIVERA, MARTHA AGUILAR AND/OR SOPHIA RIVERA** | * | |
| | * * * * * * * | |

**LEDET, J., CONCURS**

*RJL*

      I concur in the result.